UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01367-WLH-JPR | Date | April 10, 2025 |
| Title | *Militita Casillas v. Zappos.com LLC* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) SCHEDULING NOTICE AND ORDER RE MEET AND CONFER**

The Court is in receipt of Plaintiff's Motion to Remand. (Motion to Remand, Docket No. 11). The case was removed based on diversity jurisdiction; Plaintiff and Defendant contest whether the amount-in-controversy exceeds $75,000. (*See generally id.*) The Court **ORDERS** the parties to meet and confer about stipulating to a cap on Plaintiff's recovery and to remanding this action. By May 9, 2025, the parties must file a Stipulation and Order to that effect or a Joint Report on the matter. The Court **CONTINUES** the April 18, 2025, hearing regarding the Motion to Remand to May 16, 2025, and **CONTINUES** the May 16, 2025, hearing regarding the Motion to Dismiss to May 30, 2025.

**IT IS SO ORDERED.**