JOHN MAGLIERY (*pro hac vice*)
  johnmagliery@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone:  (212) 489-8230
Fax:  (212) 489-8340

JAMES MOON (State Bar No. 268215)
  jamesmoon@dwt.com
SANCHO ACCORSI (State Bar No. 329413)
  sanchoaccorsi@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
ZAPPOS.COM LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTITA CASILLAS,<br><br>               Plaintiff,<br><br>   vs.<br><br>ZAPPOS.COM LLC, a Delaware entity d/b/a WWW.ZAPPOS.COM,<br><br>               Defendant. | Case No. 2:25-cv-01367 WLH-JPR<br><br>**STIPULATION TO CAP AMOUNT IN CONTROVERSY AND REMAND CASE**<br><br>[*Proposed Order filed concurrently*]<br><br>Action Removed:  February 18, 2025 |

Plaintiff Miltita Casillas, together with Defendant Zappos.com LLC (the Parties), present the following stipulation for the Court's approval.

1.      On February 18, 2025, Defendant removed this action to this Court. ECF No. 1.

2.      On March 3, 2025, Plaintiff moved to remand the action to the state court.  ECF No. 11.

3.      On April 10, 2025, the Court ordered the Parties to meet and confer regarding stipulating to cap the amount in controversy and remand the case.  ECF No. 27.

4.      The Parties met and conferred and agreed to stipulate to a maximum cap on Plaintiff's recovery in this action, including attorneys' fees, in the maximum amount of $75,000, and to remand this action.  On May 9, 2025, the Parties submitted a joint response to the Court's order to this effect.  ECF No. 29.

**IT IS HEREBY STIPULATED** and agreed by and between the Parties, for Court approval, as follows:

1.      Plaintiff's recovery in this action, including all damages (statutory, actual, punitive, or otherwise) and attorneys' fees, but exclusive only of court costs, shall not exceed $75,000.

2.      Based upon the foregoing, the parties agree that this Court does not have subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

**IT IS SO STIPULATED.**

//

//

STIPULATION TO REMAND

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, SUITE 2700
LOS ANGELES, CALIFORNIA  90071
(213) 633-6800
Fax: (213) 633-6899

1 | DATED: May 12, 2025

PACIFIC TRIAL ATTORNEYS
DAVID W. REID
SCOTT FERRELL

By: /s/ David W. Reid
                    David W. Reid

Attorneys for Plaintiff
MILTITA CASILLAS

DATED: May 12, 2025

DAVIS WRIGHT TREMAINE LLP
JAMES MOON
SANCHO ACCORSI
JOHN MAGLIERY

By: /s/ James H. Moon
                    James H. Moon

Attorneys for Defendant
ZAPPOS.COM LLC

## LOCAL RULE 5-4.3.4 COMPLIANCE

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: May 12, 2025

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
                    James H. Moon

Attorneys for Defendant
ZAPPOS.COM LLC

STIPULATION TO REMAND