UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTITA CASILLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZAPPOS.COM LLC, a Delaware entity d/b/a WWW.ZAPPOS.COM,<br><br>Defendant. | Case No. 2:25-cv-01367-WLH-JPR<br><br>**ORDER GRANTING STIPULATION TO CAP THE AMOUNT IN CONTROVERSY AND REMAND CASE [31]** |

On February 18, 2025, Defendant Zappos.com LLC removed this action to this Court on the basis of diversity jurisdiction. (Docket No. 1). On March 3, 2025, Plaintiff Miltita Casillas's moved to remand the action to state court. (Docket No. 11). In briefing regarding Plaintiff's Motion, parties disputed whether the amount-in-controversy exceeds $75,000. On April 10, 2025, the Court ordered the Parties to meet and confer regarding stipulating to cap the amount in controversy and remand the case. (Docket No. 27).

On May 9, 2025, the Parties submitted a joint response to the Court's Order. (Docket No. 29). On May 12, 2025, the Parties submitted a Stipulation to Cap the Amount in Controversy and Remand Case to this effect. (Docket No. 31).

ORDER

The Court, having reviewed the Stipulation and finding good cause, therefore ORDERS that:

1. Plaintiff's recovery in this action, including all damages (statutory, actual, punitive, or otherwise) and attorneys' fees, but exclusive of court costs and interest, shall not exceed $75,000;
2. This Court lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332, and therefore, this action is REMANDED.
3. All other pending Motions before the Court are DENIED as moot.

**IT IS SO ORDERED.**

Dated: 5/13/2025          By: _____
                              HON. WESLEY L. HSU
                              UNITED STATES DISTRICT JUDGE